UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------- x

ANDREW CHIEN                                      Civil No.

        Plaintiff *pro se*,

v.

BARRON CAPITAL ADVISORS, LLC
SKYPEOPLE FRUIT JUICE
INCORPORATION

        Defendants.                           November 18, 2009

---------------------------------------------------- x

## STATEMENT PURSUANT TO STANDING ORDER IN REMOVED CASES

Pursuant to this Court's Standing Order in Removed Cases, Barron Capital Advisors, LLC by and through their undersigned counsel hereby state the following upon information and belief:

(1) The date on which each defendant first received a copy of the summons and complaint in the state court action.

October 19, 2009

(2) The date on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the dates set forth in item 1.

Barron Capital Advisors LLC was served with the Summons and Complaint on October 19, 2009. Upon information and belief, Skypeople Fruit Juice Incorporation has not been served.

(3)　In diversity cases, whether any defendant who has been served is a citizen of Connecticut.

　　　No defendant is a citizen of Connecticut.

(4)　If removal takes place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time.

　　　Not applicable.

(5)　The name of any defendant served prior to the filing of the notice of removal who has not formally joined in the notice of removal and the reasons why any such defendant did not join in the notice of removal.

　　　Not applicable.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　Alison L. McKay CT22260
　　　　　　　　　　　　　　　　　Law Offices of Paul A. Lange, LLC
　　　　　　　　　　　　　　　　　80 Ferry Boulevard
　　　　　　　　　　　　　　　　　Stratford, CT 06615
　　　　　　　　　　　　　　　　　(203) 375-7724
　　　　　　　　　　　　　　　　　(203) 375-9397 (fax)

## **CERTIFICATE OF SERVICE**

Alison L. McKay, an attorney duly admitted to practice before the Courts of the state of Connecticut as well as before the U.S. District Court for the District of Connecticut, states the following under penalty of perjury:

1. I am an associate at the Law Offices of Paul A. Lange, LLC, counsel to Defendant BARRON CAPITAL PARTNERS, LLC in this action;

2. That on this 18th day of November, 2009, I served the enclosed Statement Pursuant to Standing Order in Removed Cases by mailing a true copy thereof via email and First Class U.S. Mail to:

    Andrew Chien
    665 Ellsworth Avenue
    New Haven, CT 06511
    achien@comcast.net

3. I declare under the penalty of perjury that the foregoing is true and correct.

_____
Alison L. McKay