

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ANDREW CHIEN

## APPEARANCE

Plaintiff(s):

v.

CASE NUMBER: 3:09-cv-01873-CSH

BARRON CAPITAL ADVISORS, LLC AND
SKYPEOPLE FRUIT JUICE INCORPORATION

Defendant(s):

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

SKYPEOPLE FRUIT JUICE INCORPORATION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/23/09 | *[signature]* |
| **Date** | **Signature** |
| CT22260 | Alison L. McKay |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 375-7724 | 80 Ferry Boulevard |
| **Telephone Number** | **Address** |
| (203) 375-9397 | Stratford, CT 06615 |
| **Fax Number** | **City, State, Zip Code** |
| alm@lopal.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on 11/23/09, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008

## CERTIFICATE OF SERVICE

Alison L. McKay, an attorney duly admitted to practice before the Courts of the state of Connecticut as well as before the U.S. District Court for the District of Connecticut, states the following under penalty of perjury:

1. I am an associate at the Law Offices of Paul A. Lange, LLC, counsel to Defendants BARRON CAPITAL PARTNERS, LLC and SKYPEOPLE FRUIT JUICE INCORPORATION in this action;

2. That on this 23rd day of November, 2009, I served the enclosed Appearance of Alison L. McKay by mailing a true copy thereof via email and First Class U.S. Mail to:

   > Andrew Chien
   > 665 Ellsworth Avenue
   > New Haven, CT 06511
   > achien@comcast.net

3. I declare under the penalty of perjury that the foregoing is true and correct.

_____
Alison L. McKay