UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------- x

ANDREW CHIEN                                    Civil No. 3:09-cv-01873(CSH)

            Plaintiff *pro se*,

v.

BARRON CAPITAL ADVISORS, LLC
SKYPEOPLE FRUIT JUICE
INCORPORATION

            Defendants.                        November 23, 2009

-------------------------------------------------- x

## MOTION TO ADMIT GREGORY VIDLER, ESQ., PRO HAC VICE

Alison L. McKay, as counsel for Defendant Barron Capital Advisors, LLC, and

Skypeople Fruit Juice Incorporation hereby moves the Court to admit Gregory Vidler,

Esq., *Pro Hac Vice*, to serve as Counsel for Defendant Barron Capital Advisors, LLC.

This Motion is governed by Local Rule 83.1(d), which states:

1. Lawyers not members of the Bar of this Court who are members in good standing of the bar of another Federal or State Court may be permitted to represent clients in criminal, civil and miscellaneous proceedings in this Court on written motion by a member of the Bar of this Court. The motion shall be accompanied by an affidavit, duly sworn and executed by the proposed visiting lawyer: (1) stating the visiting lawyer's office address, telephone number, fax number, and e-mail address, if any; (2) identifying each court of which said lawyer is a member of the bar; (3) stating that said lawyer has not been denied admission or disciplined by this Court or any other court, or if that is not true, describing in full the circumstances of any such denial or discipline, including the reasons therefore, any penalty imposed, whether the penalty was satisfied, and whether the lawyer is

currently in good standing in the jurisdiction that denied admission or imposed discipline; and (4) stating that said lawyer has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.  Said motion shall be made promptly and may be denied if granting the motion would require modification of a scheduling order entered pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.  If the motion is granted, the sponsoring lawyer may apply to be excused from attendance in court. A sponsoring lawyer who is excused from attendance in court is not thereby relieved of any other obligation of an appearing attorney.

Attached to this motion is an affidavit of Gregory Vidler, Esq., a member of the bar of the State of New York, which demonstrates that he meets the criteria for admission to this court to serve as Counsel in this matter.

Attorney Vidler is an associate at Guzov Ofsink, LLC.  Attorney Vidler is fully familiar with the claims asserted in the Complaint.  Attorney Vidler will work with the undersigned Local Counsel throughout this matter.

Dated: November 23, 2009

Respectfully submitted,
BARRON CAPITAL ADVISORS, LLC
AND SKYPEOPLE FRUIT JUICE INCORPORATION

By: _____
Alison L. McKay CT 22260
Law Offices of Paul A. Lange, LLC
80 Ferry Boulevard
Stratford, CT 06615-6079
(203) 375-7724
(203) 375-9397 (fax)
alm@lopal.com

2

## CERTIFICATION

I hereby certify that I have served the foregoing Motion for Admission Pro Hac

Vice via email and First Class Mail this 23rd day of November, 2009 to the following:

Andrew Chien
665 Ellsworth Avenue
New Haven, CT 06511
achien@comcast.net

Alison L. McKay

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------- x

ANDREW CHIEN                                    Civil No. 3:09-cv-01873(CSH)

            Plaintiff *pro se*,

v.

BARRON CAPITAL ADVISORS, LLC
SKYPEOPLE FRUIT JUICE
INCORPORATION

            Defendants.                     November   , 2009

-------------------------------------------------------- x

## <u>ORDER</u>

This matter having been opened to the court and the court having considered the matter and for good cause shown;

IT IS on this _____ day of _____, 2009, ORDERED that Gregory Vidler, Esq., a member of the bar of the State of New York, is admitted pro hac vice to serve as Counsel for Defendant Barron Capital Advisors, LLC.


                                          _____
                                             Judge/Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------ x

ANDREW CHIEN,                                    Civil No.

       Plaintiff *pro se*,

v.

BARRON CAPITAL ADVISORS, LLC,
SKYPEOPLE FRUIT JUICE
INCORPORATION

       Defendants.                           November 18, 2009

------------------------------------------------------ x

## AFFIDAVIT OF GREGORY VIDLER, ESQ.

Gregory Vidler, hereby deposes and swears under penalty of perjury:

1.     I am associated with Guzov Ofsink, LLC.  My office's address is 600 Madison Avenue, 14th Floor, New York, NY 10022.  My telephone number is (212) 371-8008.  My fax number is (212) 688-7273.  My email address is gvidler@golawintl.com.

2.     I am a member of the bars of the State of New York, the State of California. I am also admitted to the Federal Bars of the Southern District of New York, Eastern District of New York, Northern District of New York, Central District of California, Northern District of California, and Southern District of California.

3.     I have never been disciplined by the United States District Court for the District of Connecticut or any other Court.

4.     I have never been denied admission by the United States District Court for the District of Connecticut or any other Court.

5.     I have reviewed and am familiar with the rules of the United States District Court for the District of Connecticut.

6.     I do not regularly practice law in the state of Connecticut, and have no intention of establishing a practice in Connecticut, or appearing regularly in the United States District Court for the District of Connecticut.

7.     I am fully familiar with the claims asserted by Plaintiff.

8.     The undersigned has retained the Law Offices of Paul A. Lange, LLC to act as local counsel herein.

9.     Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

10.     I declare under penalty of perjury that the foregoing is true and correct.

This 18th day of November, 2009.

_____
Gregory Vidler

SWORN TO AND SUBSCRIBED BEFORE ME,
This 18th day of November, 2009.

_____
Notary Public

My commission expires: _____

ADAM ISAACSON
Notary Public, State of New York
No. 01IS6010463
Qualified in New York County
Commission Expires July 20, 20_10_

2