FILED

2009 DEC -9  A 11: 43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
NEW HAVEN, CT

---------------------------------------------------------------x
ANDREW CHIEN,

                Plaintiff pro se,     Index No. 3:09-cv-1873 (CSH)

       v.

BARRON CAPITAL ADVISORS, LLC,
SKYPEOPLE FRUIT JUICE INCORPORATION,

                Defendants.
---------------------------------------------------------------x

## DEFENDANTS' MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING DIVERSITY JURISDICTION

Defendants Barron Capital Advisors, LLC ("Barron Capital") and Skypeople Fruit Juice, Inc. ("Skypeople") by and through their undersigned counsel hereby respond to the Court's Order Regarding Insufficiency of Jurisdictional Allegations to Support Removal ("Order to Show Cause") dated December 4, 2009. In its Order to Show Cause, the Court requests that Barron Capital supplement its jurisdictional allegations to support removal from the Superior Court of the State of Connecticut. This response is supported by the concurrently-filed Affidavit of Andrew Barron Worden (the "*Worden Aff.*"), the sole member of Barron Capital.

Barron Capital is a limited liability company organized and existing under the laws of the State of Delaware with its main office in New York. *Worden Aff.*, ¶ 3. Andrew Barron Worden is the sole member of Barron Capital. *Worden Aff.*, ¶ 1. Mr.

Worden is a citizen of New York and is domiciled in New York, New York. *Worden Aff.*, ¶ 2. No other person or entity other than Mr. Worden has an ownership interest in Barron Capital. Barron Capital, therefore, is a citizen of the State of New York. *See* Szewcyk v. Wal-Mart Stores, Inc., 2009 WL 3418232, *2 (D. Conn. 2009); *See also* Carden v. Arkoma Assoc., 494 U.S. 185, 195-96, 110 S.Ct. 1015 (1990); Delay V. Rosenthal Collins Group, LLC, 585 F.3d 1003, 1005 (6th Cir. 2009); Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay, 435 F.3d 51, 54-55 (1st Cir. 2006).

Since all of Barron's members are domiciled in New York, Barron is a citizen of New York. As noted in the removal papers, Plaintiff Andrew Chien is a citizen of the State of Connecticut, and Defendant Skypeople Fruit Juice, Inc. is a citizen of the State Florida with its principal offices in China, and its domestic corporate office in the State of California.

Therefore, complete diversity exists, and removal was proper.

Respectfully submitted,

Law Offices of Paul A. Lange, LLC

By: _____
Alison L. McKay CT22260
80 Ferry Boulevard
Stratford, CT 06615-6079
203-375-7724 (phone)
203-375-9397 (fax)
*Attorneys for Defendants*

-and-

GUZOV OFSINK, LLC
Gregory P. Vidler, Esq.
600 Madison Avenue, 14th Floor
New York, New York 10022
(212) 371-8008
(212) 688-7273
gpvidler@golawintl.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Alison L. McKay, an attorney duly admitted to practice before the Courts of the state of Connecticut as well as before the U.S. District Court for the District of Connecticut, states the following under penalty of perjury:

1. I am an associate at the Law Offices of Paul A. Lange, LLC, counsel to Defendants BARRON CAPITAL PARTNERS, LLC and SKYPEOPLE FRUIT JUICE INCORPORATION in this action;

2. That on this 9th day of December, 2009, I served the enclosed Defendants' Memorandum in Response to Order to Show Cause Regarding Diversity Jurisdiction by mailing a true copy thereof via email and First Class U.S. Mail to:

   Andrew Chien
   665 Ellsworth Avenue
   New Haven, CT 06511
   achien@comcast.net

3. I declare under the penalty of perjury that the foregoing is true and correct.

_____
Alison L. McKay

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW CHIEN,<br>   Plaintiff *pro se*,<br><br>v.<br><br>BARRON CAPITAL ADVISORS, LLC,<br>SKYPEOPLE FRUIT JUICE<br>INCORPORATION,<br><br>   Defendants, | 3:09-cv-1873 (CSH)<br><br>AFFIDAVIT OF ANDREW BARRON<br>WORDEN IN RESPONSE TO<br>ORDER TO SHOW CAUSE |

STATE OF NEW YORK )
         ) ss
COUNTY OF NEW YORK )

I, Andrew Barron Worden, being duly sworn, do hereby state as follows:

1. I am the sole member of Defendant Barron Capital Advisors, LLC ("Barron"). No other person or entity has an ownership interest in Barron.

2. I am domiciled in New York, New York with an address at:

    50 Central Park South
    New York, NY 10019

3. Barron is a Delaware limited liability company with its principal office located at:

    The Crown Building
    730 Fifth Avenue, 25th Floor
    New York, New York 10019.

4. Barron neither conducts nor is registered to conduct business in Connecticut. Barron owns no property in Connecticut, has never paid taxes in

1

Connecticut and does not otherwise have any presence in Connecticut.

_____
Andrew Barron Worden

Sworn to before me this
8th day of December 2009

_____
Notary Public

MICHAEL SENZ
Notary Public - State of New York
No. 01SE6114952
Qualified in New York County
Commission Expires August 30, 2012

2