UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x

ANDREW CHIEN,

                          Plaintiff pro se,          Index No. 3:09-cv-1873

            v.                                       **APPEARANCE**

BARRON CAPITAL ADVISORS, LLC,
SKYPEOPLE FRUIT JUICE INCORPORATION,

                          Defendants.

-----------------------------------------------------------------x

**To the Clerk of this court and all parties of record:**

   **Enter my appearance as counsel in this case for:**

      Defendants Skypeople Fruit Juice, Inc. and Barron Capital Advisors, LLC.

   **I certify that I am admitted to practice in this court.**

**Date:**  December 11, 2009

                                        Signature: _____
                                        Gregory P. Vidler, Esq.
                                        600 Madison Avenue, 14th Floor
                                        New York, NY 10022
                                        Tel. No.: (212) 371-8008
                                        Fax No.: (212)688-7273
                                        E-mail gpvidler@golawintl.com

**Connecticut Federal Bar Number:**      pvh03726

## CERTIFICATE OF SERVICE

I, Adam Isaacson, a paralegal residing at 130 Aberdeen Road, Matawan, New Jersey, hereby certify, under penalties of perjury:

1.      I am a Paralegal, employed by the law firm of Guzov Ofsink, LLC, who is counsel to Defendants Skypeople Fruit Juice, Inc. and Barron Capital Advisors, LLC in this action;

2.      That on this 11th Day of December 2009, a true and correct copy of the foregoing Appearance was served by mailing a true and correct copy thereof via e-mail and First Class U.S. mail to:

> Andrew Chien
> 665 Ellsworth Avenue
> New Haven, CT 06511
> achien@comcast.net

3.      I declare under penalty of perjury that the foregoing is true and correct.

Adam Isaacson